In re Givens, Johnathan Tramaine;— Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Caddo, 1st Judicial District Court Div. 4, No. 253,104; to the Court of Appeal, Second Circuit, No. 48929-KH.’
Granted in part, otherwise denied. The district court is ordered to provide relator with a copy of the judgment denying relief of his application for post-conviction relief. See La.C.Cr.P. art. 930.1; State ex rel. Chargois v. State, 12-0166 (La.8/22/12), 95 So.3d 1060; State ex rel. Lemar v. State, 11-2771 (La.8/22/12), 95 So.3d 1060; State ex rel. Hackett v. State, 96-0224 (La.2/2/96), 666 So.2d 1097; State ex rel. Foy v. Criminal Dist. Court, 96-0225 (La.2/2/96), 666 So.2d 1097; State ex rel. Baker v. State, 95-2228 (La.12/8/95), 664 So.2d 410; State ex rel. Whittaker v. Lombard, 559 So.2d 116 (La.1990).
CLARK, J., would deny.